In the Matter of the Application of JOHN M. DISERIO and Others, Petitioners, for an Order Directing the Hon. Ernest E. L. Hammer, a Justice of the Supreme Court, Respondent, to Withhold the Entry of an Order, Nullifying Petitioners' Nomination by the United City Party, etc., and, if Such Order Has Been Entered, to Vacate the Same.— Petition dismissed. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

In the Matter of the Application of MAURICE AHERNE, Petitioner, Appellant, against S. HOWARD COHEN and Others, Constituting the Board of Elections of the City of New York, and GEORGE E. MACY, Respondents.— Order unanimously affirmed, without costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

In the Matter of the Application of S. SAMUEL DI FALCO, Petitioner, Appellant, against S. HOWARD COHEN and Others, Constituting the Board of Elections of the City of New York, and JAMES N. FAZIO, Respondents.— Order, so far as appealed from, unanimously affirmed, without costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

In the Matter of the Application of S. SAMUEL DI FALCO, Petitioner, Appellant, against S. HOWARD COHEN and Others, Constituting the Board of Elections in the City of New York, and JOSEPH J. CIOFFI, Respondents.— Order, so far as appealed from, unanimously affirmed, without costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

### (October 31, 1941.)

In the Matter of the Application of WILLIAM AMANNA, Petitioner, Appellant, for the Correction of Clerical Errors Made in the Official Absentee Ballots of Councilmen in the County of Bronx, the Invalidation of Said Ballots Already Voted, and the Printing and Mailing of Corrected Ballots to Absentee Voters, against S. HOWARD COHEN and Others, Constituting the Board of Elections of the City of New York, Respondents.— Order unanimously affirmed, without costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

In the Matter of SIDNEY FELBER, an Attorney, Respondent.

PER CURIAM. On June 13, 1941, the respondent was convicted in the Court of General Sessions of the County of New York of the crimes of forgery, third degree, and grand larceny, first degree. Said crimes are felonies. Pursuant to section 477 and subdivision 3 of section 88 of the Judiciary Law, he must, therefore, be disbarred.

Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Respondent disbarred.